UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM JOHNSON           ) | |
|     MOVANT,          ) | |
|                                ) | No. 07-2057 |
|                                ) | |
| DONALD HULICK, Warden.     ) | |
|     Respondent.      ) | |

FILED
MAR 19 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION FOR APPOINTMENT OF COUNSEL

    Now comes the Movant, William Johnson, by way of legal assistance before this Honorable Court in his Motion for Appointment of Counsel, and move this court will order counsel be appointed to represent him. In support thereof, Movant states the following:

    1). That, Movant is currently incarcerated in the State of Illinois Menard Correctional Center.

    2). That, Movant is without sufficient funds or assets with which to pay an attorney to represent him in this case, nor to pay the cost of these proceedings.

    3). That, Movant is a layman in the law and is unable to address the complex issues in this case as he lack the formal legal training.

    4). That, based on the foregoing, Movant's access to the court will not be meaningful, effective or adequate without assistqnce of counsel.

    5). That, Movant believes in good faith that he does have constitutional violations that warrants relief.

    WHEREFORE, Movant, William Johnson, pray that this court enter an order granting him appointment of counsel in the instant cause.

Respectfully Submitted
by *William Johnson*
WILLIAM JOHNSON (Movant)

VERIFICATION/AFFIDAVIT

I, William Johnson, being first duly sworn upon oath, deposes and says under the penalty of perjury, that I have read the above Motion for Appointment of Counsel, and knows the contents thereof, I further state that the matters and things therein stated are true.

Respectfully Submitted

by *William Johnson*

WILLIAM JOHNSON (Affiant)
Reg. No.
P.O. Box 711
Menard, Illinois 62259-0711

DATE: FEB 22 2007