E-FILED
Monday, 02 April, 2007 02:26:17 PM
Clerk, U.S. District Court, ILCD

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Donald Hulick
Warden of Menard C.C.
711 Kaskaskia St.
Menard, Ill 62259

07-2057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): G. Young
C. Date of Delivery: 3/30/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0001 1719 8700

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FILED
APR - 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL