OAO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
Central   DISTRICT OF   Illinois

| | |
|---|---|
| **William Johnson, Petitioner** | **APPEARANCE** |
| v | |
| **Donald Hulick, Prison Warden, Respondent** | Case Number: 07-2057 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Respondent Donald Hulick

I certify that I am admitted to practice in this court.

Date May 23, 2007

Signature _/s/ Erica Seyburn_____

Print Name Erica Seyburn     Bar Number 6287357

Address 100 West Randolph St, 12th floor

City Chicago   State IL     Zip Code 60601

Phone Number 312-814-2139

Fax Number 312-814-2253