IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | No. 07 C 2057 |
| | ) | |
| v. | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| DONALD HULICK, Warden, | ) | Chief Judge Presiding. |
| Menard Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR EXTENSION OF TIME**

On March 27, 2007, this Court ordered respondent to respond to William Johnson's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before May 29, 2007. Respondent requests this Court to grant a 30-day extension of time to June 28, 2007, to file the response.

A supporting affidavit is attached to this motion for an extension of time.

May 23, 2007                                    Respectfully submitted,

                                                LISA MADIGAN
                                                Attorney General of Illinois

                                    BY:    _s/Erica Seyburn_____
                                                ERICA SEYBURN
                                                Assistant Attorney General
                                                100 W. Randolph
                                                12th Floor
                                                Chicago, Il. 60601
                                                (312) 814-2139
                                                eseyburn@atg.state.il.us
                                                Atty. Reg. #6287357

State of Illinois )
)  ss.
County of Cook )

**AFFIDAVIT**

ERICA SEYBURN,, being first duly sworn upon oath, deposes and states as follows:

    1. That I am the Assistant Attorney General assigned to represent the respondent in this matter.

    2. That this is respondent's first request for an extension of time.

    3. That this extension is necessary, in part, to obtain necessary state court documents and to allow time for supervisors to edit the response.

    4. Based on the foregoing, respondent respectfully requests that this Honorable Court grant his motion for a 30-day extension of time to file his answer.

    FURTHER AFFIANT SAYETH NOT.


_s/Erica Seyburn_____
Erica Seyburn

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | No. 07 C 2057 |
| | ) | |
| v. | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| DONALD HULICK, Warden, | ) | Chief Judge Presiding. |
| Menard Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2007, I electronically filed respondent's motion for extension of time with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, using the CM/ECF system; and I hereby certify that on May 23, 2007, I mailed by United States Postal Service, the above referenced notice to the following non-registered party: William Johnson, B23496, Menard Correctional Center, P.O. Box 711, Menard, IL 62259.

                                             LISA MADIGAN
                                             Attorney General of Illinois

                          BY:    s/Erica Seyburn_____
                                             ERICA SEYBURN
                                             Assistant Attorney General
                                             100 W. Randolph
                                             12th Floor
                                             Chicago, Il. 60601
                                             (312) 814-2139
                                             eseyburn@atg.state.il.us
                                             Atty. Reg. #6287357

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | No. 07 C 2057 |
| | ) | |
| v. | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| DONALD HULICK, Warden, | ) | Chief Judge Presiding. |
| Menard Correctional Center, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This cause coming to be heard on the motion of Donald Hulick, Respondent in the above-captioned cause, for a 30-day extension of time in which to file an answer;

IT IS HEREBY ORDERED that the motion of Respondent is GRANTED/DENIED.

ENTER:

_____

Lisa Madigan
Attorney General of Illinois
Erica Seyburn
Assistant Attorney General
100 W. Randolph
12th Floor
Chicago, Il. 60601
(312) 814-2139
eseyburn@atg.state.il.us
Atty. Reg. #6287357