IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07 C 2057 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| Menard Correctional Center, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Chief Judge Presiding. |

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for

DONALD HULICK Respondent.

I certify that I am admitted to practice in this court.


June 19, 2007

s/ Dale M. Park
DALE M. PARK, Bar # 6280822
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
PHONE: (312) 814-2197
FAX: (312) 814-2253
EMAIL: dpark@atg.state.il.us

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07 C 2057 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| Menard Correctional Center, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Chief Judge Presiding. |

CERTIFICATE OF SERVICE

    I hereby certify that on June 19, 2007, I electronically filed respondent's Appearance with the Clerk of the Court using the CM/ECF system; and I hereby certify that on June 19, 2007, I mailed by United States Postal Service, the above referenced Appearance and a notice to the following non-registered participant: William Johnson, B23496, Menard Correctional Center, P.O. Box 711, Menard, IL 62259.

                                                                                                           LISA MADIGAN
                                                                                                           Attorney General of Illinois

                                               By:    s/ Dale M. Park
                                                                      DALE M. PARK, Bar # 6280822
                                                                      Assistant Attorney General
                                                                      100 West Randolph Street, 12th Floor
                                                                      Chicago, Illinois 60601
                                                                      PHONE: (312) 814-2197
                                                                      FAX: (312) 814-2253
                                                                      EMAIL: dpark@atg.state.il.us

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07 C 2057 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| Menard Correctional Center, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Chief Judge Presiding. |

## NOTICE OF ELECTRONIC FILING

PLEASE TAKE NOTICE that on June 19, 2007, respondent Donald Hulick, submitted his Appearance for electronic filing and uploading to the CM/ECF system. The undersigned attorney hereby certifies that a copy of this document has been mailed by the United States Postal Services to the following non-CM/ECF participant: William Johnson, B23496, Menard Correctional Center, P.O. Box 711, Menard, IL 62259.

Respectfully Submitted,

LISA MADIGAN
Attorney General of Illinois

By:   s/ Dale M. Park
      DALE M. PARK, Bar # 6280822
      Assistant Attorney General
      100 West Randolph Street, 12th Floor
      Chicago, Illinois 60601
      PHONE: (312) 814-2197
      FAX: (312) 814-2253
      EMAIL: dpark@atg.state.il.us