E-FILED
Tuesday, 19 June, 2007   12:41:50 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07 C 2057 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| Menard Correctional Center, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Chief Judge Presiding. |

## MOTION TO SUBSTITUTE COUNSEL

Now comes Donald Hulick, Warden of the Menard Correctional Center, by his attorney, LISA MADIGAN, Attorney General of Illinois, and hereby requests that this Court grant him leave to substitute counsel in the above captioned cause, and, in support thereof, states as follows:

1. This habeas corpus case was originally assigned to Assistant Attorney General Erica Seyburn for handling.

2. Ms. Seyburn is withdrawing from this case, and this case has now been assigned to Assistant Attorney General Dale M. Park, who is admitted to practice in the United States District Court for the Central District of Illinois.

3. Mr. Park has filed his appearance on this day and will be handling all matters until the case is resolved.

4. Respondent respectfully requests, therefore, that the Court allow

respondent to substitute Mr. Park as counsel of record, in place of Ms. Seyburn.

                Respectfully submitted,

                LISA MADIGAN
                Attorney General of Illinois

BY:   s/ Dale M. Park
       DALE M. PARK, Bar # 6280822
       Assistant Attorney General
       100 West Randolph Street, 12th Floor
       Chicago, Illinois 60601
       PHONE: (312) 814-2197
       FAX: (312) 814-2253
       EMAIL: dpark@atg.state.il.us

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07 C 2057 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| Menard Correctional Center, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Chief Judge Presiding. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 19, 2007, I electronically filed respondent's Motion to Substitute Counsel with the Clerk of the Court using the CM/ECF system; and I hereby certify that on June 19, 2007, I mailed by United States Postal Service, the above referenced Motion to Substitute Counsel and a notice to the following non-registered participant: William Johnson, B23496, Menard Correctional Center, P.O. Box 711, Menard, IL 62259.

                                                                                                                               LISA MADIGAN
                                                                 Attorney General of Illinois

                                    By:    s/ Dale M. Park
                                                      DALE M. PARK, Bar # 6280822
                                                      Assistant Attorney General
                                                      100 West Randolph Street, 12th Floor
                                                      Chicago, Illinois 60601
                                                      PHONE: (312) 814-2197
                                                      FAX: (312) 814-2253
                                                      EMAIL: dpark@atg.state.il.us

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07 C 2057 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| Menard Correctional Center, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Chief Judge Presiding. |

## NOTICE OF ELECTRONIC FILING

PLEASE TAKE NOTICE that on June 19, 2007, respondent Donald Hulick, submitted his Motion to Substitute Counsel for electronic filing and uploading to the CM/ECF system. The undersigned attorney hereby certifies that a copy of this document has been mailed by the United States Postal Services to the following non-CM/ECF participant: William Johnson, B23496, Menard Correctional Center, P.O. Box 711, Menard, IL 62259.

Respectfully Submitted,

LISA MADIGAN
Attorney General of Illinois

By:   s/ Dale M. Park
DALE M. PARK, Bar # 6280822
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
PHONE: (312) 814-2197
FAX: (312) 814-2253
EMAIL: dpark@atg.state.il.us