E-FILED
Tuesday, 19 June, 2007 12:45:24 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07 C 2057 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| Menard Correctional Center, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Chief Judge Presiding. |

**SECOND MOTION FOR EXTENSION OF TIME**

On March 27, 2007, this Court ordered respondent to respond to William Johnson's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before May 29, 2007. On May 23, 2007, Respondent requested a 30-day extension of time to June 28, 2007, to file the response, which this Court granted. Respondent hereby requests this Court for a 30-day extension of time to July 30, 2007, to file the response.

A supporting declaration is attached to this motion for an extension of time.

June 19, 2007                                    Respectfully submitted,

                                                            LISA MADIGAN
                                                            Attorney General of Illinois

                                     BY:   s/ Dale M. Park
                                                           DALE M. PARK, Bar # 6280822
                                                           Assistant Attorney General
                                                           100 West Randolph Street, 12th Floor
                                                           Chicago, Illinois 60601
                                                           PHONE: (312) 814-2197
                                                           FAX: (312) 814-2253
                                                           EMAIL: dpark@atg.state.il.us

## **DECLARATION**

DALE M. PARK states as follows:

1. I am the Assistant Attorney General assigned to represent the respondent in this matter.

2. This is respondent's second request for an extension of time.

3. I have ordered, but not yet received, all of the state court materials necessary to file an informed and complete response to the instant petition.

4. After failing to receive the necessary state court documents, I called the Clerk's office of the Circuit Court of Macon County on June 19, 2007, and was informed that the documents would be mailed that day.

5. This extension of time is needed to obtain and review the necessary state court documents and, in part, to allow time for supervisors to review the response.

I declare under penalty of perjury that the above facts are true.

June 19, 2007                                  s/ Dale M. Park
                                               DALE M. PARK

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07 C 2057 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| Menard Correctional Center, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Chief Judge Presiding. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 19, 2007, I electronically filed respondent's motion for extension of time with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, using the CM/ECF system; and I hereby certify that on June 19, 2007, I mailed by United States Postal Service, the above referenced notice to the following non-registered party: William Johnson, B23496, Menard Correctional Center, P.O. Box 711, Menard, IL 62259.

                                            LISA MADIGAN
                                            Attorney General of Illinois

                BY    s/ Dale M. Park
                         DALE M. PARK, Bar # 6280822
                         Assistant Attorney General
                         100 West Randolph Street, 12th Floor
                         Chicago, Illinois 60601
                         PHONE: (312) 814-2197
                         FAX: (312) 814-2253
                         EMAIL: dpark@atg.state.il.us