# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

July 31, 2007

William Johnson B23496
MENARD CORRECTIONAL CENTER
Inmate Mail/Parcels
P. O. Box 711
Menard, IL 62259

RE: JOHNSON V. HULICK
CASE NO. 07-2057

Dear Mr. Johnson:

   NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                        s/John M. Waters
                                        JOHN M. WATERS, CLERK
                                        U.S. DISTRICT COURT

cc:  pro se petitioner/all counsel
notice revised 8/7/03