E-FILED
Monday, 13 August, 2007 02:59:16 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WILLIAM JOHNSON, | ) | |
| Movant, | ) | |
| | ) | No. 07 C 2057 |
| v. | ) | |
| | ) | The Honorable |
| DONALD HULICK, Warden, | ) | Michael P. McCuskey, |
| Respondent. | ) | Chief Judge Presiding. |

FILED
AUG 13 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION FOR EXTENSION OF TIME

Now comes the Movant, William Johnson, by way of legal assistance before this Honorable Court in his Motion for Extension of time in which to file his response to the Motion to Dismiss filed by the Attorney General to Movant's Petition for Habeas relief. In support thereof, the Movant states the following:

1) That Movant is currently incarcerated at the Menard Correctional Center in Menard, Illinois 62259-0711.

2) That, Movant received the Attorney General's Motion to Dismiss on July 31, 2007, which was dated filed July 27, 2007.

3) That, Movant received a letter from the court on July 31, 2007 stating that he had 14 days in which to respond.

4) That, the Institution is currently on lock down status and Movant has no access to the legal library to do any type of research in order to prepare an appropriate response.

5) That, Movant's response is currently due no later than August 10, 2007.

6) That, Movant is requesting an 30 day extension of time until and including September 10, 2007, in which to respond.

7) That, Movant states in good faith that he has reasonable grounds for relief.

8) That Movant further states that no interested party to this matter would be prejudiced by the granting of this motion.

WHEREFORE, the Movant, William Johnson, pray this court will grant him an extension of time until and including September 10, 2007.

Respectfully Submitted
by *William Johnson*
WILLIAM JOHNSON (Movant)

STATE OF ILLINOIS   )
                    ) SS:
COUNTY OF RANDOLPH  )

AFFIDAVIT/VERIFICATION

I, William Johnson, being first duly sworn upon oath, states under the penalty of perjury, that I have read the above Motion for Extension of Time and that I know the contents therein. I further state that the things therein stated are true and fact to the best of my knowledge.

Respectfully Submitted
by *William Johnson*
WILLIAM JOHNSON (Affiant)
Reg. No. B23484
P.O. Box 711
Menard, Illinois 62259-0711

DATE: July 10, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE ____CENTRAL____ DISTRICT OF ILLINOIS

WILLIAM JOHNSON )
        Plaintiff, )
)
v. )  No. 07 C 2057
)
DONALD HULICK, Warden, )
)  The Honorable
)
)  ~~Michael P. McCuskey~~,
        Defendants. )  Judge Presiding.

### NOTICE OF FILING

TO: DALE M. PARK, Asst. Atty. Gen.
100 W. Randolph St. 12th floor
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on or before the **10th** day of **July, 2007**, I shall file with the Clerk of the U.S. District Court For The **CENTRAL** District of Illinois, the attached Plaintiff's **MOTION FOR EXTENSION OF TIME**, a copy of which is hereby served upon you.

By: /s/ William Johnson
Register Number B25486
Post Office Box 711,
Menard, Illinois 62259

### CERTIFICATE OF SERVICE

I, WILLIAM JOHNSON, being duly sworn aver that I have served copies of the foregoing to the person named above by placing such copies in the U.S. Mailbox at the Menard Correctional Center on the 10th day of JULY, 2007; postage prepaid. UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

/s/ William Johnson
Affiant/ WILLIAM JOHNSON