E-FILED
Monday, 10 September, 2007 10:21:15 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION



FILED
SEP 10 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

WILLIAM JOHNSON,           )
                           )
            Movant,        )
                           )   No. 07 C 2057
                           )
      v.                   )
                           )   The Honorable
DONALD HULICK, Warden,     )   Michael P. McCuskey,
                           )   Chief Judge Presiding.
            Respondent.    )
                           )

MOTION FOR EXTENSION OF TIME

Now comes the Movant, William Johnson, by way of legal assistance before this Honorable Court in his Motion for Extension of Time inwhich to file his response to the Motion to Dismiss filed by the Attorney General to Movant's Petition for Habeas relief. In support thereof, the Movant states the following:

1) That Movant is currently incarcerated at the Menard Correctional Center in Menard, Illinois 62259-0711.

2) That, Movant received the Attorney General's Motion to Dismiss on July 31,2007, which was dated filed July 27,2007.

3) That, Movant received a letter from the court on July 31,2007 stating that he had 14 days in which to respond.

4) That, the Instutition is currently on lock down status and Movant has no access to the legal library to do any type of research in order to prepare an appropriate response.

5) That, Movant's response is currently due no later than September 10, 2007.

6) That, Movant is requesting an 30 day extension of time until and including October 10, 2007, in which to respond.

7) That, this Movant's second Motion for Extension of Time to file his Response to Respondent's Motion to Dismiss.

8) That, Movant further request that if the institution is not off of lock down status before his requested October 10, 2007 date to respond, That he be allowed to respond without using book and verse on the Federal Constitution as long as he alert the Court to the Federal underpinnings of his claims by making his argument in a way that it calls to mind specific Constitutional rights and a pattern of facts that is within the mainstream of Constitutional litigation.

9) That, Movant states in good faith that he has reasonable grounds for relief.

10) That, Movant further states that no interested party to this matter would be prejudiced by the granting of this Motion.

WHEREFORE, the Movant, William Johnson, pray this Honorable Court will grant him an Extension of time until and including October 10, 2007.

Respectfully Submitted
by _William Johnson_
WILLIAM JOHNSON (Movant)

STATE OF ILLINOIS )
                  )
COUNTY OF RANDOLPH ) SS:

AFFIDAVIT/VERIFICATION

I, William Johnson, being first duly sworn upon oath, states under the penalty of perjury, that I have read the above Motion for Extension of Time and that I know the contents therein. I

further state that the things therein stated are true and fact to the best of my knowledge.

                                          Respectfully Submitted
by _William Johnson_
WILLIAM JOHNSON (Affiant)
Reg. No. B23496
P.O. Box 711
Menard, Illinois 62259-0711

DATE: August 30 2007.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 07-C-2057 |
| ) | |
| ) | |
| DONALD HULICK, Warden, ) | The Honorable |
| Menard Correctional Center, ) | Michael P. McCuskey. |
| ) | Judge Presiding. |
| Respondent. ) | |

NOTICE OF FILING

TO: Dale M. Park, Assistant Attorney General
    100 W. Randolph Street - 12th Floor
    Chicago, Illinois 60601

   PLEASE TAKE NOTICE, that on this ____ day of _____, 2007, I have placed the attached Petitioner's Motion For Extension Of Time, in the institutional mail here at the Menard Correctional Center according to IDOC procedures, properly addressed to the Office of the Clerk for the United States District Court for the Central District of Illinois, 201 S. Vine Street - Room 218, Urbana, Illinois 61802-3348, for mailing through the U.S. Mail, with sufficient prepaid first class postage for filing with this Court.

Submitted by: /s/ William Johnson
William Johnson, Pro Se
Reg. No. B-23496
P.O. Box 711   SL-2-45
Menard, Illinois 62259

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF RANDOLPH )

CERTIFICATE OF SERVICE

   I, William Johnson, being duly sworn upon oath, declare that I have served a copy of the Motion For Extension Of Time upon the above named person by placing the same in the U.S. Mail at Menard Correctional Center on this ____ day of _____, 2007, properly addressed and bearing sufficient first class prepaid postage; and pursuant to 28 U.S.C. §1746, under the penalty of perjury, I attest to the facts as being true and correct to the best of my knowledge and belief.

_____
William Johnson, Affiant