```
            IN THE
  UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
         URBANA DIVISION
```

WILLIAM JOHNSON               )
                              )
        Petitioner            )
                              ) No. 07 C 2057
   v.                         )
                              )
                              ) The Honorable
DONALD HULICK, Warden,        ) Michael P. McCuskey,
Menard Correctional Center,   ) Chief Judge Presiding.

FILED
OCT 15 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MOTION FOR EXTENSION OF TIME

Now comes the Movant, William Johnson, by way of legal assistance before this Honorable Court in his Motion For Extension of Time, in which to file his Response to the Respomdent's Motion to Dismiss Movant's Petition for Habeas Corpus Relief.

In support thereof, the Movant states the following:

1) That Movant is currently incarcerated at the Menard Correctional Center, Menard, Illinois 62259.

2) That, Movant received the Respondent's Motion to Dismiss which was dated filed on July 27, 2007.

3) That, Movant's Response to Respondent's Motion to Dismiss is currently due on October 10, 2007.

4). That, due to the late date of this institution being released off of lock down status, Movant was unable to get to the legal library in time to finish the necessary research to complete his Response to Respondent's Motion to Dismiss.

5). That Movant is requesting an additional 15 days in which to respond until and including October 25, 2007.

6) That, Movant states in good faith that he has reasonable grounds for Relief.

7) That, Movant further states that no interested party to this matter would be prejudiced by the granting of this Motion.

WHEREFORE, the Movant, William Johnson, pray this court will grant him an extension of time until and including October 25, 2007.

Respectfully Submitted

by *William Johnson*

WILLIAM JOHNSON (Movant)

STATE OF ILLINOIS   )
                    ) SS:
COUNTY OF RANDOLPH  )

AFFIDAVIT

I, William Johnson, being first duly sworn upon oath, deposes and states under penalty of perjury, that I have read the above Motion for Extension of Time and knows the contents thereof.

I further state that the matters referred to therein are true and fact to best of my knowledge.

Respectfully Submitted

by *William Johnson*

WILLIAM JOHNSON (Affiant)
Reg. No.
P.O. Box 711
Menard, Ill. 62259

DATE: OCT. 4 2007

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

WILLIAM JOHNSON )
Plaintiff, )
         v. ) Case No. 07 C-2057
 )
DONALD HULICK, WARDEN, )
Defendant MENARD CORRECTIONAL CENTER

## PROOF/CERTIFICATE OF SERVICE

TO: U.S. DISTRICT COURT         TO: _____
CENTRAL DISTRICT OF ILLINOIS,    _____
URBANA DIVISION ROOM 218,        _____
U.S. COURT HOUSE 2015, VINE      _____
STREET URBANA IL. 61801

TO: _____               TO: _____

PLEASE TAKE NOTICE that on  OCT 4,  , 20 07, I have placed the documents listed below in the institutional mail at  MENARD  Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: OCT 4, 2007

/s/ William Johnson
NAME: WILLIAM JOHNSON
IDOC#: B23496
MENARD Correctional Center
P.O. BOX 711
MENARD, IL 62259

Revised February 2005

TO: CLERK OF THE COURT

William Johnson
Reg. No. B-23496
P.O. Box 711
Menard, IL.
62259

DATE: OCT 4, 2007

DEAR SIRS,

PLEASE FILE THE ENCLOSED MOTION FOR EXTENSION OF TIME, AND SEND ME A STAMPED "FILED" COPY FOR MY OWN RECORDS.

THANKS FOR YOUR ASSISTANCE.

RESPECTFULLY

William Johnson