# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**WILLIAM JOHNSON,**
**Petitioner,**

vs.                                                                 Case Number:   **07-2057**

**DONALD HULICK,**
**Respondent.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the respondent and against the petitioner.  This case is terminated.

ENTER this 6th day of February 2008.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK